LF 028
(Rev. 11/04/2019)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 16 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# PRISONER CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

THOMAS N. WILLIAMS GWINNETT # 1800 3161     1:21-cv-02527-ELR-RGV

(Enter above the full name and prisoner      **AMENDED COMPLAINT**
identification number of the plaintiff, GDC
number if a state prisoner.) CLAYTON CO # 2082799
INCIDENT'S HAPPENED IN CLAYTON CO.

-vs-

VICTOR HILL
CHEIF BICKERS

_____

(Enter above the full name of the defendant(s).)

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

I. **Previous Lawsuits**

    A.    Have you filed other lawsuits in federal court while incarcerated in any institution?

                Yes ( )     No (X)

    B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

         1.    Parties to this previous lawsuit:

             Plaintiff(s): _____
                             _____

LF 028
Rev. 11/04/2019

        Defendant(s): _____

2. Court (name the district): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Did the previous case involve the same facts?

        Yes (  )    No (  )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _____

7. Approximate date of filing lawsuit: _____

8. Approximate date of disposition: _____

## II. Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Place of Present Confinement: **GWINNETT CO. DETENTION CENTER SITUATION IT APPENED IN CLAYTON COUNTY**

B. Is there a prisoner grievance procedure in this institution?

        Yes ( X )    No (  )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

        Yes ( X )    No (  )

D. If your answer is YES:
   1. What steps did you take and what were the results?
**I PUT IN 2 REQUESTS FOR HELP AND STATED WHY. I FILED A GREIVANCE NEVER GOT ANY RESPONSE. I SENT TIP LINE 3 MESSAGES, TRIED TO CONTACT INSPECTOR GENERAL BUT H A EMAIL BLOCKED FROM JAIL.**

2

LF 028
Rev. 11/04/2019

*GREIVANCES BLOCKED IN CLAYTON CO. JAIL*

2. If your answer is NO, explain why not: _____

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: *THOMAS N. WILLIAMS.*

Address(es): *HOME APPRESS 633 LANGSTON DR ATLANTA GA 30315 I'M CURRENTLY IN GNINNETT COUNTY DETENTION CENTER 2900 UNIVERSITY PKWY LAWRENCEVILLE GA. 30043 (PLEASE SEND EVERYTHING TO HOME APPR(*

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): *VICTOR HILL, CHEIF BICKERS*

Employed as *SHERRIF, CHEIF AT CLAYTON CO. JAIL*

at *CLAYTON COUNTY SHERRIF'S DEPT. AND JAIL*

### IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

( ) Federal official (a *Bivens* claim)
(X) State or local officials (a § 1983 claim)

3

LF 028
Rev. 11/04/2019

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_EIGTH AMENDMENT_

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## V. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
( ) Immigration detainee
( ) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other *(explain)* _WAS SENTENCED AND ON PROBATION IN CLAYTON COUNTY, WAITING TO GO TO COURT IN GWINNETT COUNTY._

## VI. Statement of Claim

State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_PLEASE SEE ATTACHED STATEMENT OF CLAIMS._

4

## STATEMENT OF CLAIMS

I would like to start my statement of claims off by informing you that I have a very limited education of the law. The education I have is from reading three law dictionary's front to back, the Constitution, and the Bill of Right's. I beleive our forefather's put the Constitution in place to protect the minorities from the actions of those in power. I beleive that when the Constitution is maintained that fundamental fairness and equality are jeopardize With this being said, it is plain to see the civil right violations in the claims that follow.

On June 16 2019 I ran from the police. While I was running I started to have chest pains and beleived I was having a heart attack. I was beside the road. It was very dark that night, no moon, or stars. There was a very dark spot and I laid down beside a pole. About 20 minutes passed and a man with a little white dog came over in the area, the do came over and sniffed me. The man walked away. I knew I was caught. My chest hurt to bad to do anything but lay there. About 10 minutes went by. A light came on and shinned till it shinned on me I heard someone say there he is and the light turned off. I was flat on my back. I raised up on my left arm. I have experience training K-9's. I knew to give the dog a target (being my right arm) but not to move, ensuring that if I did not move the dog would do a bark and hold. The dog was sent on a attack command, and flew into my right arm. I'm still on the ground, propped up on my left arm when the dog hit. It tore up my shoulde badly. I yelled owse which means to out, the dog came off and I popped the dog my left arm to keep the dog off my right arm. I starded yelling for the officer to please get your dog off. I said I'm older and I'm having chest pains and I'm not resisting arrest. The officer outted the dog. I fell back onto my back. The officer started yelling

DOG FLEW INTO ME AGAIN. I STARTED TO YELL PLEASE GET YOUR DOG OFF, I'M NOT RESISTING ARREST. THE OFFICER OUTTED THE DOG AGAIN. I ONCE AGAIN FELL BACK. THE OFFICER PUT THE DOG ON A LEASH, HE WAS YELLING GET OVER HERE. IT WAS SO DARK I COULD NOT SEE, I WAS HURT, HAVING CHEST PAINS AND WAS TRYING TO GET UP WHEN HE CAME IN AGAIN. I KNEW HE WAS GOING TO HAVE THE DOG BIT MY LEG AND HE WAS GOING TO DRAG ME. I HELD MY FOOT UP AND THE DOG BIT MY SHOE, I SLIPPED THE DOG MY SHOE AND THE DOG RAN OFF WITH HIS REWARD. I STARTED SAYING PLEASE TURN ON A LIGHT AND HELP ME, I'M HURT, I CAN'T SEE, AND I'M IN BRIERS. HE TURNED ON A LIGHT AND YANKED ME UP BY MY LEFT ARM. I COULD NOT MOVE MY RIGHT ARM. HE STARTED YELLING GET OVER HERE ON THIS PATCH OF CONCRETE, FACE DOWN WITH YOUR HANDS BEHIND YOUR BACK. I INFORMED THEM I COULD NOT MOVE MY RIGHT ARM. I LAID DOWN AND HAD TO ROLL ONTO MY RIGHT ARM AND WITH MY LEFT ARM BEHIND MY BACK HAD TO GRAB MY RIGHT HAND AND PULL, IT WOULD ONLY GO TO MY SIDE. IT WOULD NOT GO BEHIND MY BACK. THE OFFICERS HAND CUFFED ME. I COULD NOT BREETH AND COULD NOT CATCH MY BREATH. A OFFICER CAME OVER AND STARTED TO STAND ON MY HEAD. I FELT LIKE MY HEAD WAS GOING TO POP. I STARTED SAYING PLEASE GET OFF IT HURTS AND I'M IN CUFF'S AND NOT RESISTING ARREST. HE GOT OFF AND THEN I STARTED TO GET BEAT IN THE BACK OF THE HEAD AND KIDNEY'S. I STARTED SAYING WHY ARE YOU BEATING ME I'M IN CUFFS AND I'M NOT RESISTING ARREST. IT FINNALY STOPPED. THE NEXT THING I REMEMBER IS SOMEONE SAYING I'M PUTTING SOMETHING UNDER YOUR TONGUE PLEASE DON'T BITE ME. THE EMT'S PUT OINTMENT AND BANDAGES ON WOUNDS FROM THE DOG. THE NEXT THING I REMEMBER IS THE OFFICER TAPPING ME WITH HIS SHOE SAYING GET UP. I LOOKED AROUND AND ASKED WHERE THE EMT'S WENT, HE SAID THEY LEFT, THAT HE WAS TAKING

My arms and started to pull me up it hurt so bad I screamed, I said please let me get up on my own. I was taken to the jail. As soon as the nurse seen my injuries, and took my blood presure she told the officer, take this man to the hospital right now he's had a heart attack. I was taken to Southern Regional. I suffered a broken nose and palate, one broken tooth, my front teeth are pushed in about a 1/4". I had abrasions on my head and gravel imbedded in my scalp, I have a seperated A.C.L., and had multiple wounds from dog. Brusing on back. I beleive the only thing they had to do was leave the light on and for them to have me put my arms up and come over and arrest me. This was police brutality and exsessive force. I still to this day have a seperated A.C.L, bone damage, a broken tooth, and crooked front teeth. The jail refussed to give me the surgery I needed and refussed to fix my teeth. I was neglected medicaly, I am asking this court to have my shoulder fixed, my teeth repaired and to give me compensation for the pain and suffering I endured. I am asking that a hotline be made mandatory in all city, county, state, and federal institutions to help inmates report brutality and civil rights violations.

  The first week of Dec 2019, there was a storm the electricity at the jail went out for about 45 min. The back up generator does not work and the cell door are in bad repair. Inmates put rigs in the door frames and the doors open right up. During the storm a couple inmate's snuck out. This is H.U. 2 C.B. 3. This was after 6:00 AM count, around 4:00 P, the heat turned on and did not shut off for over 2 weeks. It was so hot everyone's noses where bleeding, everyone was in nothing but boxer shorts. They would not shut off the heat, would not open flaps on the doors or turn on exaust

COME INTO CELL BLOCK, NOR WOULD THE GAURDS. THIS WAS PUNISHMENT FOR INMATES SNEAKING OUT. DUE PROCESS WAS VIOLATED. THE EIGHT AMENDMENT WAS VIOLATED. WHY DID THEY NOT JUST PUNISH THOSE CAUGHT OUT? I HAD NEVER HAD A DISEPELNARY REPORT. I AM ASKING 1. THAT GENERATOR IS FIXED. 2 THAT CELL DOORS BE FIXED OR REPLACED. 3. COMPENSATION FOR CRUEL AND UNUSUAL PUNISHMENT. C.O ORDEROI WAS ON DUTY, SGT. JOHNSON

AUGUST 18, 2020 ONCE AGAIN INMATES WHERE SNEAKING OUT OF THERE CELLS. C.O. JOHNSON WAS ON DUTY. IT WAS PAST LIGHT'S OUT, THE LIGHTS CAME ON AND NEVER SHUT OFF OR DIMMED TILL NOV. 17, 2020. THE CELL ARE 7X14 WITH 2 HIGH INTENSITY BULBS IN THE FIXTURE. I WAS ON THE TOP BUNK 2' FROM THE LIGHT. IT WAS TORTURE, YOU COULD NOT GET AWAY FROM THE LIGHT, WE WHERE NOT ALLOWED TO COVER OUR HEADS. MY VISION GOT PROGRESSIVELY WORSE WE WHERE TOLD IT WOULD TEACH US TO NOT SNEAK OUT. I NEVER SNUCK OUT OF MY CELL, I NEVER HAD A DISEPELNARY REPORT. DUE PROCESS WAS NOT FOLLOWED. I WAS BEING TORTURED FOR SOMEONE ELSE'S SIN. WHY WAS THE INMATES THAT GOT CAUGHT NOT PUNISHED, AND TAKEN TO THE HOLE IT WAS THE SAME ONE'S OVER AND OVER DOING IT. THIS WAS CRUEL AND UNUSUAL PUNISHMENT. I WANT COMPENSATION FOR THE TORTURE I WENT THROUGH AND FOR THE DAMAGE TO MY VISION. THIS HAPPENED IN H.U. 2, C.B. 1

NOVEMBER 11, 2020 WAS THE DAY THAT LIFE CHANGED FOR INMATES IN CLAYTON COUNTY JAIL. IT STARTED OFF AS A QUITE DAY. THE SAME INMATES THAT NORMALY SNEAK OUT, DID THERE USUAL ROUTINE, THE ONLY DIFFERENCE WAS THIS WAS THE DAY THE NEW CAMERA SYSTEM CAME ONLINE. LATE IN THE AFTERNOON A COUPLE OF PEOPLE WHERE CAUGHT ON CAMERA SNEAKING OUT. CHEIF BICKERS AND A COUPLE OFFICERS, ONE WAS C.O. CANNON, THE OTHER I DID NOT KNOW, CAME RUSHING IN UNIT. SHE HAD EVERYONE COME OUT OF CELLS. SHE TOLD US SHE WAS GOING TO TEACH US NOT TO SNEAK OUT OF OUR

us go back in cells. None of the inmates that where caught out where punished. I estimate about 10:30, there are no clocks so its hard to be accurate on time, but we where in bed. This is when the shake down's started. I want to say it was a show of force. There was about 30 to 40 police and corrections officers in our cell block. The officers I knew that I seen where, Victor Hill, Cheif Bickeas, Captain Peterson, Lt. Butz, Lt. Brown, C.O. Cannon, C.O. Lowrey, Major Greenwood. I did not know the names of all that was there. The first shakedown they put us on the wall on lower level, facing the wall. They went in cells and threw everything everywhere in cell. The cells looked like garbage dumps. They then put us online and started telling us this was now a para-military facility, taught us to stand on line. The cheif would walk out of cell block and walk back in and we would have to scream Cheif on deck. This went on for a hr. We where told our cells had to be inspection ready 24 hrs a day. We where given 10 minutes to get our cells inspection ready. They left. They went to shake down other units and housing units. About 2 to 3 a.m they all came back for another shake down, are unit got shook down 5 times in a day and a half. They put us on the wall and they started throwing mat's and knit bags out of cells. (Knit bags replaced locker box's. The bags where not dumped out, just thrown into middle of cell block. Someone said who is in cell 12. I raised my hand, so did Chris Little and Calvin Waiters. A officer told Chris Little to go to cell, he was in the cell a couple minutes when Captain Peterson yelled for me and Calvin to return to our cell. While going up the stairs 4 officer rushed into my cell. You could hear a scuffle going on. Chris Little started saying that's excessive force. Myself and Calvin where

5 PEOPLE DRUG CHRIS LITTLE OUT OF CELL AND DOWN THE STAIRS. WHEN THEY PASSED WE WHERE TOLD TO GO TO THE CELL. WE WHERE MADE TO GET ON ARE KNEE'S AND TOLD TO PUT ARE NOSES TO THE WALL. THEY STARTED ASKING ABOUT THIS BRAIDED ROPE THAT WAS PUT THROUGH THE VENT AND TIED IN A LOOP. CHRIS LITTLE WOULD PUT A SHEET THROUGH THE LOOP AND WORKED OUT WITH IT. THEY ASKED WHAT IT WAS USED FOR AND WE TOLD THEM CHRIS WORKED OUT WITH IT. ALL THE NORMAL C.O.'S HAD SEEN CHRIS DO THIS. HE IS A BODY BUILDER AND IS A HUGE MAN. THEY CUT THE ROPE AND LEFT, TOLD US WE HAD BETTER NOT MOVE. THERE WAS NOT ONE THING LEFT IN THE CELL BUT CHRIS LITTLE'S PERSONAL PHONE BOOK. ALL THE OTHER INMATES WHERE TOLD TO GET THERE STUFF AND GET THERE CELLS INSPECTION READY. THE GUY IN THE NEXT CELL GOT MY KNIT BAG FOR ME. EVERYTHING YOU OWNED HAD TO GO IN KNIT BAG. HE TOOK THIS IN HIS CELL TO HOLD FOR ME. THE DOORS CLOSED. NEITHER OF US HAD ANYTHING, NO MAT'S, NO BLANKET'S, NO SHEETS. ABOUT 3 HRS. LATTER C.O. LOWRE CAME IN WITH CHRIS LITTLE SO HE COULD GET HIS PHONE BOOK. CHRIS TOLD ME AND CALVIN HE WAS GOING TO THE HOLE FOR DESTRUCTION OF PROPERTY FOR THE ROPE HE MADE. WE ASKED LOWREY FOR MAT'S AND BLANKET'S. A HR. LATTER 1 MATE AND 1 BLANKE WAS BROUGHT AND GIVEN TO CALVIN. THE UNIT WAS PUT ON LOCK DOWN AND PUT ON NUTRA LOAF. I DID NOT HAVE A MAT FOR 4 DAYS AND NO SHEETS OR BLANKET FOR 9 DAYS. ALL MY LEGAL PAPER WORK WAS TAKEN AND MY LAW DICTIONARY. ALL MY PENS, PAPER, STAMPS AND ENVELOPE'S. A INMATE NAMED DRUE WATCHED LT. BROWN TAKE THEM OUT OF MY KNIT BAG AND WALK OUT WIT THEM. I BELEIVE THIS WAS BECAUSE OF LETTERS I WROTE TO A.C.L.U. AND STATE BAR. I NEVER GOT THEM BACK. ON THE 8TH DAY OF NO BLANKET I TOLD SGT. SHEILDS I HAD NO BLANKET OR SHEETS HE TOLD ME HE KNEW I DID NOT HAVE SHEETS VICTOR HILL

IN THE BOOTH KNEW, SO DON'T ASK AGAIN. THE NEXT DAY, I TOLD THE NURSE MS. REED I WAS FREEZING AND HAD NO BLANKET AND SHE HAD THE TRUSTEE BRING ME ONE. WE WHERE LOCKED DOWN FROM NOV 11, 2020 TO DEC 1, 2020. NO PHONES, NO KIOSK, NO MEDICAL REQUESTS WHERE ALLOWED. I WAS SICK AS I'VE EVER BEEN AND COULD NOT GET HELP OR MEDICAL ATTENTI I BELEIVE I HAD CORONA VIRUS BUT WAS NEVER TESTED. I HAD NEVER HAD A DISEPLENARY REPORT, DUE PROCESS WAS NOT FOLLOWED. MY POSSESIONS WHERE TAKEN, I WAS MADE TO EAT NUTRALOAF, I WAS MEDICALY NEGLECTED WITH NO REGAURD FOR MY HEALTH OR SAFETY. IT TOOK ME FROM NOV. TILL FEB. TO SEE MEDICAL. SOMEONE THROUGH NUTALOAF AT THE FRONT WINDOW, CHEIF BICKERS CAME WITH 5 TRUSTEE'S AND HAD THE TRUSTEE'S GO THROUGH THE CELL'S AND TAKE ALL ARE COMMISARY, I HAD OVER $60.00 WORTH OF COMMISARY I NEVER GOT BACK. NO SHOWERS FOR 5 DAYS. THIS WAS BREAKING MY 8TH AMENDMENT AND 14TH AMENDMENT RIGHTS. CRUEL AND UNUSUAL PUNISHMENT AND FAILURE TO FOLLOW DUE PROCESS OF LAW. I WANT COMPENSATED FOR EVERYTHING TOOK AND FOR THE CRUEL AND UNUSUAL PUNISHMENT THEY INFLICTE EVEN PEOPLE IN THE HOLE ARE ALLOWED TO USE PHONES AND KIOSK'S, AND TO GET MEDICAL TREATMEN

DECEMBER 12, 2020 LOCKED DOWN AGAIN, NO SHOWERS, NO 1 HR OUT, NO PHONES, NO KIOSK, NO COMMISARY, AND NO DISEPLENARY REPORT, IT WAS LIKE THIS TILL DEC 21, 2020 I WANT COMPENSATION

DEC 25, 2020 LOCKED DOWN FOR CHRISTMAS 1/2 A TRAY FOR BREAKFAST, NO COMMISARY, ABOUT A CUP OF LEFT OVER SHOE STRING HASH BROWN'S WITH PEA'S AND CARROTS, NO CAKE, SACK LUNCH ONLY HAD 4 PEICE'S OF BREAD AND 1 PEICE OF BOLONGA. THEY MADE SURE WE WHERE HUNGRY AND MISERABLE FOR CHRISTMAS. THE MOST INPORTANT DAY OF THE YEAR TO A CHRISTIAN. I PRAY THEY

JANUARY 19, 2020 I HAVE TO GIVE YOU A LITTLE BACK GROUND INFORMATION FOR YOU TO UNDERSTAND WHAT HAPPENED THIS DAY. FIRST THERE ARE NO PHONE BOOKS IN CLAYTON COUNTY, NO NEWSPAPERS, WHEN VICTOR HILL GOT INDICTED IN 2020 ALL THE T.V.'S WHERE DISCONNECTED, THE GAURDS WON'T GET NO KIND OF INFORMATION FOR YOU. THEY DO THERE BEST TO KEEP YOU ISOLATED FROM THE OUTSIDE WORLD. THEY LIMITED THE INMATES TO 1 HR OUT, SHUT OFF ALL PHONES BUT 2, AND ONLY 1 KIOSK, AND 2 SHOWER'S. CAN YOU IMAGINE 24 PEOPLE TRYING TO USE 2 PHONES IN 1 HR. AND THEY WOULD NOT LET YOU OUT DURING BUSINESS HOURS SO YOU COULD NOT GET AHOLD OF LAWYERS, A.C.L.U. OR SOUTHERN CENTER FOR HUMAN RIGHTS. HARDLY EVER LETTING US GET COMMISARY. AND YOU COULD NEVER BUY PENS, PAPER AND STAMPS AT THE SAME TIME. PAPER WOULD BE ON COMMISARY, STAMPS WOULD NOT. STAMPS WOULD BE ON COMMISARY, PAPER WOULD NOT. THEY DID THERE BEST TO ELIMINATE CONTACT TO THE OUTSIDE. WITH THAT SAID ON THE FIRST PART OF JANUARY A GANG FIGHT OVER PHONES IN CELL BLOCK 5 BLOODS VS. CRYPT'S THE END RESULT WAS ALL THE CRYPT'S BEING PUT IN CELL BLOCK 1 MY CELL BLOCK ON JAN. 19, 2020 THE CRYPT'S DECIDED THAT ONLY CRYPTS COULD USE THE PHONES. THE G.P.'S AND MUSLIM'S GROUPED TOGETHER AND ATTACKED THE CRYPT'S. THERE WHERE 14 PEOPLE INVOLVED, VICTOR HILL CAME IN THE UNIT HAD EVERYONE FACING HIM, HE SAID THERE WOULD BE HELL TO PAY IF HE DID NOT FIND OUT WHO WAS INVOLVED. EVERYONE INVOLVED CONFESSED. EVEN THE ONE THAT STABBED THE PERSON CONFESSED. EVERYONE INVOLVED WAS TAKEN TO THE HOLE EXCEPT THE 2 G.P.'S THAT STARTED IT. VICTOR HILL PUT THE UNIT ON LOCK DOWN FOR 60 DAYS, HE WAS SCREAMING IN MY FACE SAYING YOU MOTHER F'ER'S THINK YOUR GANGSTER'S WE ARE THE REAL GANGSTERS. SCREAMING IN MY FACE

THAT WORKS I COULD NOT EVEN DEFEND MYSELF, I DON'T HAVE ANY VIOLENT CHARGES AND I AM. WHY DO THEY HAVE ME IN THE WORST UNIT IN THE JAIL. VICTOR HILL SAID THIS WAS THE NEW HOLE, AND PUT H.U.2, C.B.1 ON 60 DAY LOCK DOW NO T.V., NO PHONES, NO KIOSK, NO MEDICAL REQUESTS, NO HR OUT, EVERY 3 DAYS 1 CELL WOULD COME OUT TO SHOWER AT A TIME. THE NIGHT THAT THE RIOT HAPPENED 7 CRYPT'S SNUCK OUT OF THERE CELL'S AND HAD C.O. HARRIS (WHICH IS KNOWN TO BE A CRYPT) TO POP CELL 10 WHERE THE G.D.'S THAT STARTED THE RIOT LIVED. THE 7 CRYPT'S WENT IN CELL 10 AND BEAT THE 2 G.D.'S FOR ABOUT 10 MINUTES. I WATCHED THEM COME UP THE STAIR'S, WATCHED THEM GO BACK DOWN THE STAIRS, I COULD HEAR THE BEATING FROM MY CELL, WATCHED THE 2 G.D.'S BARELY MAKE IT TO THE WINDOWS BY THE BOOTH WATCHED THEM AS THEY BEAT ON THE GLASS TO GET C.O. HARRIS TO CALL IT IN. HEARD HARRIS TELL THEM TO SUCK IT UP AND GO BACK TO THERE CELLS. ONE'S HEAD LOOK LIKE A BASKETBALL. ONE COULD BARELY WALK. VICTOR HILL PUT ALL OF OUR LIVES IN DANGER. IT TOOK ABOUT A HR FOR L.T BUTZ TO COME GET THEM WITH PARA MEDIC'S. CAPTAIN PETERSON CAME IN THE MORNING FOUND OUT WHO DID IT AND TOOK THEM TO THE WHOLE. CAPTAIN PETERSON TOLD US THIS IS A HANDS ON FACILITY, WE WILL BEAT YOUR ASS, TAKE YOU TO INTAKE, CHARGE YOU, AND RIDE YOU TILL YOU CAN'T SUE US. (THIS IS EXACTLY WHAT THEY DID TO ME) NOW NO ONE IN CELL BLOCK WAS INVOLVED IN ANY WRONG DOING. BUT WE ARE THE ONE'S WHO GOT PUNISHED. 10 DAYS LATTER WE STARTED TO SEE ALL THE PEOPLE THAT WAS INVOLVED GETTING OUT OF THE HOLE AND PUT IN OTHER UNIT'S NOT LOCKED DOWN. WE CAN SEE THEM IN OTHER CELL BLOCKS ON THE PHONE, GETTING COMMISARY, AND NOT LOCKED DOWN. I WAS GETTING PUNISHED FOR ANOTHER MAN'S SINS. THIS IS CRUEL AND UNUSUAL PUNISHMENT, DUE PROCESS OF LAW WAS

NOT FOLLOWED, I WAS BEING NEGLECTED MEDICALY, AND MY LIFE WAS PUT IN DANGER. I AM ASKING THIS COURT TO PUT A STOP TO THIS, TO GIVE ME COMPENSATION FOR THE CRUEL AND UNUSUAL PUNISHMENT, AND TO MAKE A FEDERAL HOTLINE MANDATORY IN ALL JAILS TO REPORT CIVIL AND HUMAN RIGHT'S VIOLATIONS.

ON 6-11-20 I FILED A GREIVANCE BECAUSE MEDICAL WAS CHARGING ME $8.00 FOR CRONIC CARE. I NEVER RECEIVED A REFUND, THEY SAID THEY WHERE WAITING FOR A RESPONSE FROM MEDICAL. ON 8-18-20 I FILED A GREIVANCE FOR SHORTAGE'S OF ITEMS ORDERED FROM COMMISARY. THERE WAS 2 INVOICE NUMBERS ON GREIVANCE AND I HAD THE RECEIPT'S TO PROVE THIS. I WAS SHORTED ABOUT 20.00 WORTH OF COMMISARY. I WAS SENT A MESSAGE THAT SAID THEY REFUNDED 3.45. I DO NOT KNOW WHAT HAPPENED TO THE REMAINING MONEY. THE BIGGEST PROBLEM WAS THEY WILL NOT CLEAR THE GREIVANCE'S AS BEING ACTIVE OFF THE KIOSK AND YOU CAN ONLY HAVE 2 ACTIVE GREIVANCES. SO YOU COULD NEVER FILE ANOTHER GREIVANCE. THESE 2 ACTIVE GREIVANCES ARE STILL ON KIOSK TODAY. THE ONLY WAY TO FILE FOR A REFUND IS GREIVANCES. THEY ARE STEALING EVERYONE'S MONEY IN THIS WAY. I HAVE RECEIPTS TO PROVE THIS. IF YOU LOOK AT THE RECEIPTS, THE GREIVANCES, AND THE TRANSACTION HISTORY IT IS CLEAR AS DAY. I WANT THIS THEFT STOPPED. I WANT ALL GREIVANCES FROM ALL CITY, COUNTY, STATE, AND FEDERAL JAILS TO BE MONITORED BY A FEDERAL AGENCY AND I WOULD LIKE TO SEE A FEDERAL HOTLINE CREATED FOR INMATES TO REPORT BRUTALITY, HUMAN AND CIVIL RIGHTS VIOLATIONS, AND JAIL CONDITIONS I WANT INMATES TO BE ABLE TO REPORT CRIMES AGAINST THEM AND TO GET HELP IN PROSECUTING THESE CRIMES. ALOT OF INMATES CAN'T FIND LAWYERS AND DO NOT KNOW HOW TO REPORT CRIMES, OR HOW TO FILE A SUIT. ALOT OF INMATES CAN'T GET TO A LAW LIBRARY. THEY NEED HELP. MYSELF INCLUDED. I PRAY THIS COURT WILL HELP.

LF 028
Rev. 11/04/2019

**VII. Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I RECEIVED BROKEN NOSE, PALATE, TOOTH, CROCKED TEETH A TORN A.C.L., BONE DAMAGE TO SHOULDER, AND DID NOT RECEIVE ANY MEDICAL CARE. I'M STILL INJURED

**VIII. Relief**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I AM ASKING THAT THIS COURT 1. HELP ME TO GET THE SURGERY I NEED TO FIX MY SHOULDER AND TO HAVE MY TEETH FIXED. 2. I AM ASKING FOR FINANCAL COMPENSATION FOR THE PAIN AND SUFFERING I'VE ENDURED SENSE INJURED ON JUNE 16, 2019 TO PRESENT 3. I AM ASKING THAT A HOTLINE BE CREATED AND MADE MANDATORY THAT IT BE AVAILABLE TO ALL CITY, STATE, COUNTY, AND FEDERAL INMATES SO THEY CAN REPORT BRUTALITY, HUMAN AND CIVIL RIGHTS VIOLATIONS, AND JAIL CONDITIONS. 4. THAT IT IS MADE EASIER FOR INMATES TO PROSECUTE CRIMES AGAINST THEM,

5

LF 028
Rev. 11/04/2019

5. I AM ASKING FOR FINANCAL COMPENSATION FOR ALL THE CRUEL AND UNUSUAL PUNISHMENT I ENDURED. 6. THAT THE CELL DOORS AND GENERATOR IN CLAYTON CO. JAIL BE FIXED. AND THE EMERGENCY CALL BOX'S. 7. THAT ALL GREIVANCES FROM CITY, COUNTY, STATE AND FEDERAL INSTITUTIONS BE MONITORED BY FEDERAL AGENCY, AND THAT GREIVANCES NOT BE LIMITED. AND THAT THEY BE ANSWERED IN 10 DAYS. 8. PROTECTION FROM VICTOR HILL AND CHEIF BICKERS

Signed this __14__ day of __JULY__, 20_21_.

_Thomas N. Williams_
Signature of Plaintiff

**STATE OF** __GEORGIA__
**COUNTY (CITY) OF** __GWINNETT__

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** __7-14-2021__
(Date)

_Thomas N. Williams_
Signature of Plaintiff

6

THOMAS N WILLIAMS 1800316
GWINNETT COUNTY DETENTION CENTER
2900 UNIVERSITY PKWY
LAWRENCEVILLE GA 30043



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE S.W.
ATLANTA GEORGIA 30303-3318

GWINNETT COUNTY
JAIL
UNIT F

CLEARED

JUL 16 2021

U.S. Marshals Service
Atlanta, GA