# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| THOMAS N. WILLIAMS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:21-CV- 02527-ELR |
| | * | |
| VICTOR HILL, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

_____

**O R D E R**

_____

This case is before the Court on Magistrate Russell G. Vineyard's Final Report and Recommendation ("R&R"). [Doc. 5]. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3). No objections to the Magistrate Judge's R&R have been filed, and thus, the Court has reviewed the R&R for clear error. See Thomas v. Arn, 474 U.S. 140, 154 (1985); Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006); Tauber v. Barnhart, 438 F. Supp. 2d 1366, 1373 (N.D. Ga. 2006). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R [Doc. 5] as the opinion of this Court. For the reasons stated in the R&R, the Court **DISMISSES WITHOUT PREJUDICE** this action. Lastly, the Court **DIRECTS** the Clerk to close this case.

**SO ORDERED**, this 23rd day of September, 2021.

                                                    */s/ Eleanor L. Ross*
                                                    Eleanor L. Ross
                                                    United States District Judge
                                                    Northern District of Georgia