# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| THOMAS N. WILLIAMS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:21-CV-02527-ELR |
| | * | |
| VICTOR HILL, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

## ORDER

Before this Court is Plaintiff's *pro se* motion [Doc. 14] for an extension of time, presumably to object to the Magistrate Judge's Report and Recommendation ("R&R"). [Doc. 5]. In his August 10, 2021 R&R, Magistrate Judge Russell G. Vineyard recommended that Plaintiff's case be dismissed for failure to state a claim. Id. The R&R directed that any objections to the R&R be filed within fourteen days, which would have been August 24, 2021. On September 23, 2021, the undersigned adopted the findings of the R&R, thus dismissing Plaintiff's case, and directed the clerk to close the case. [Doc. 10]. Plaintiff then filed the present motion for an extension of time. [Doc. 14]. Having considered Plaintiff's request, the Court finds no good cause to grant an extension.

Accordingly, Plaintiff's *pro se* motion [Doc. 14] for extension of time is hereby **DENIED**.

**SO ORDERED**, this 24th day of September, 2021.

                                        */s/ Eleanor L. Ross*
                                        Eleanor L. Ross
                                        United States District Judge
                                        Northern District of Georgia